## UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

**FILED**

**AUG 2 1 2019**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>Jorge Alberto Chavez-Moreno | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **5:19-MJ-2003-JG**

*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 17, 2018 _____ in the county of _____ Sampson _____ in the
_____ Eastern _____ District of _____ North Carolina _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1542 | The defendant, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports. To wit: in the application the defendant stated he was R.Z.T., which statement he knew to be false. |

This criminal complaint is based on these facts:

please see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert S. Kehoe, SA DSS
*Printed name and title*

On this day, **ROBERT S. Kehoe**
appeared before me via reliable electronic means, was
placed under oath, and attested to the contents
of this Complaint.
Date: **21 August 2019**

_____
*Judge's signature*

City and state:          Raleigh, North Carolina

JAMES E. GATES, U.S. MAGISTRATE JUDGE
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

## AFFIDAVIT

I, Robert S. Kehoe, your Affiant (hereinafter "your affiant), being duly sworn do hereby affirm and state the following.

## INTRODUCTION

1. I am employed as a Special Agent of the United States Department of State, Diplomatic Security Service (DSS). I am presently assigned to the Greensboro Field Office in Greensboro, North Carolina, and have been employed by the DSS for nine years. My duties include investigating passport, visa, and identification fraud, and I work with the Document Benefit Fraud Task Force (DBFTF). As a law enforcement officer, I have the authority to execute warrants issued under the authority of the United States. I received seven months of formal training in criminal investigations from the Federal Law Enforcement Training Center (FLETC) and the Diplomatic Security Training Center in Dunn Loring, Virginia. Prior to my current position, I was a Special Agent for the Commonwealth of Virginia for approximately nine years where I investigated violations of Virginia law and made arrests.

2. As a federal agent, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

1

*GD*

## BACKGROUND

3. This affidavit is submitted as evidence of probable cause supporting the arrest warrant for Jorge Alberto Chavez-Moreno (hereinafter referred to as "CHAVEZ") for passport fraud in violation of Title 18 U.S.C. § 1542. This affidavit does not set forth all information known to your affiant about this case and is being submitted for the purpose of providing sufficient information to establish probable cause.

## INVESTIGATION

4. On or about February 1, 2019, a passport fraud referral was generated from the Charleston Passport Center, to the DSS office in Greensboro, North Carolina. The basis of the referral were several "foreign fraud indicators" that were observed in the submission of U.S. Passport application (Form DS-11) submitted by an individual purporting to be R.Z.T. at the U.S. Post Office located in Wilmington, North Carolina, within the Eastern District of North Carolina, on October 17, 2018.

## Passport Application # 338537204

5. On October 12, 2017, passport application # 338537204 was filed by CHAVEZ , purporting to be R.Z.T., at the Sampson County, North Carolina, Clerk of the Court, located in Clinton, North Carolina. At the time of submission, CHAVEZ stated on the application that he was born on XXX XX, 1991, in Arecibo, Puerto Rico, and was assigned social security number XXX-XX-0283. CHAVEZ provided his mailing address as P.O. Box 123 Newton Grove, North Carolina, and a physical

2

*GD*

address of 35 Armer Lane, Newton Grove, North Carolina. At the time the application was submitted, CHAVEZ provided a North Carolina Identification Card #XXXX9049, and a Puerto Rican birth certificate in the name of R.Z.T. as proof of citizenship.

6. Department of State (DOS) personnel that were adjudicating passport application # 338537204 communicated with CHAVEZ, whom they believed to be R.Z.T., and requested he provide additional documentation regarding evidence of identity. The application was denied on December 5, 2017, by the Charleston Passport Center based on the applicant's lack of sufficient identity evidence after previous mail requests for additional information sent on November 3, 2017, and again on November 24, 2017.

7. On or about October 17, 2018, CHAVEZ, claiming to be R.Z.T., submitted a second passport application at the U.S. Postal facility located in Wilmington, North Carolina. At the time of the submission, CHAVEZ submitted the identical photograph that was produced in the first submission on October 12, 2017.

**Passport Application # 340921709**

8. On or about October 17, 2018, Passport application # 340921709 was filed by CHAVEZ at the U.S. Post Office located in Wilmington, North Carolina. At the time of submission, CHAVEZ, identifying himself as R.Z.T., stated on the application and under penalty of perjury that he was born on XXX XX, 1991, in Arecibo Puerto Rico, and was assigned social security number XXX-XX-0283. CHAVEZ provided his address on the application as P.O. Box 123, Newton Grove,

3

*GD*

North Carolina 28366. Noted in the application under question No. 18 "Travel Plans," CHAVEZ indicated a tentative departure date of December 9, 2018, a return date of December 28, 2018 and a destination of "Mexico." CHAVEZ again submitted the North Carolina Identification Card # XXXX9049 and a Puerto Rican birth certificate as proof of citizenship and identity.

9. A comparison of the 2017 and 2018 emergency contact information revealed the following: The 2017 application listed an individual identified as "G.G" and was described as a "Friend" with an emergency contact number of XXX-XXX-4701. The 2018 application listed the same emergency contact and was described as a "Girlfriend" with an emergency contact number of XXX-XXX-4701.

10. A commercial data base query of XXX-XXX-4701 returned to subscriber A.D.G. (same last name as "G.G.") and "G.M." and indicated a marriage record between A.D.G. and Jorge Alberto Chavez-Moreno on March 9, 2007 in Sampson County, North Carolina.

*At direction of affiant.*

11. On February 5, 2019, DSS personnel queried the Florida driver's license database for R.Z.T. (victim), DOB: XXX XX, 1991, and located a photograph for R.Z.T. (victim). A comparison of the photograph from Florida Department of Motor Vehicles (DMV) relating to R.Z.T. (victim) and that of the photographs contained in the passport applications submitted on October 12, 2017 and October 17, 2018 revealed it is not the same individual.

12. On February 14, 2019, your affiant obtained a booking photograph from

4

*GD*

the Harnett County, North Carolina Sheriff's Office detention facility based on CHAVEZ'S prior arrest. A comparison of the arrest photograph with the photographs submitted with U.S. passport applications submitted on October 12, 2017, and October 17, 2018, revealed that the photographs appeared to be one in the same person.

13. On February 14, 2019, your affiant obtained a copy of a police report from the Dunn, North Carolina Police Department detailing the arrest of CHAVEZ. The report indicated that officers stopped CHAVEZ on May 1, 2011 for insufficient brake lights. Officers were told the driver's name was Luis Lopez and was shown an earlier citation indicating the driver's name to be Luis Lopez Moreno. After further investigation, Officers located a North Carolina Driver's License record with CHAVEZ's photograph using the Moreno name and date of birth provided to officers. The license with the driver's photograph was under the name Jorge Alberto Chavez-Moreno who had two outstanding warrants of arrest for driving on a suspended license, which he failed to appear. Additionally, the arrest report reflected that CHAVEZ's place of birth was "Mexico."

14. On February 15, 2019, your affiant obtained a booking photograph from the Dunn, North Carolina Police Department, relating to the arrest that occurred on May 1, 2011. Your affiant compared the arrest photograph from Dunn Police with the photographs submitted in the passport applications from October 12, 2017, and October 17, 2018, and your affiant has determined that they are the same individual.

5

*GD*

15.     On March 17, 2019, Special Agent (SA) Jahaira Torrens with Homeland Security Investigations (HSI) obtained copies of Puerto Rican identity documents (including photographs) in the name of R.Z.T. (victim). A comparison of the Puerto Rican identity documents match the photograph of the individual with the Florida driver's license.  The Puerto Rican identity document photograph does not match the passport applications submitted on October 12, 2017, and October 17, 2018, in Sampson County, North Carolina.

16.     On March 11, 2019, SA Torrens queried a law enforcement database and located North Carolina Division of Motor Vehicle (DMV) records relating to both the CHAVEZ and R.Z.T. identities.     North Carolina DMV showed six license/identification photographs for Jorge Alberto Chavez-Moreno spanning a time-period of May 11, 2001, to April 1, 2008.  A comparison of the photographs from DMV matched the photographs that were submitted on the October 12, 2017, and October 17, 2018, passport applications.

17.     Additionally, three North Carolina DMV license/identification issuance records were also located in the name of R.Z.T., spanning a time-period of July 31, 2015, to November 24, 2015.  A comparison of the photographs of North Carolina records relating to R.Z.T. were compared to the photographs in the October 12, 2017, and October 17, 2018 passport applications and is the same individual.

18.     On August 21, 2019, your affiant and SA Torrens, executed a search warrant at the residence of CHAVEZ located at 137 Henry's Landing, Dunn, North

6

*GD*

Carolina, within the Eastern District of North Carolina, as a result of the search the following evidence was located and seized:

a. Cancelled Mexican passport in the name of Jorge Alberto Chavez-Moreno,

b. Mexican Birth Certificate in the name of Jorge Alberto Chavez-Moreno, born on XX XX, 1981,

c. Counterfeit social security card in the name of Luis Alberto Escamilla, # XXX-XX-6119,

d. Counterfeit social security card in the name of Jose Escamilla R., #XX-XX-2479,

e. IRS Form W-9 (Request for Taxpayer Identification Number and Certification) in the name of R.Z.T.

19.    On August 21, 2019, your affiant and SA Torrens conducted a consensual interview with a subject representing himself to be R.Z.T, i.e., CHAVEZ. Prior to the interview, SA Torrens advised him of his *Miranda Rights* in the Spanish language. CHAVEZ stated that he understood his rights and voluntarily agreed to be interviewed. Based on the interview, CHAVEZ provided the following information:

a. His name was Jorge Alberto Chavez-Moreno, and he was born in Mexico, and is a citizen and national of Mexico.

7

*GD*

b. It was his photograph on the passport applications that were submitted, on October 12, 2017, and October 17, 2018 to the Department of State, but he does not know how they got there.

c. He was shown North Carolina Division of Motor Vehicle records including photographs in the name of R.Z.T. CHAVEZ stated those were his photographs, but does not know how they got there.

d. He did not have any immigration documents to legally reside in the United States.

20. On August 21, 2019, CHAVEZ was placed under administrative arrest, and transported to the Homeland Security Investigation Office for processing and fingerprinting. The fingerprints that were obtained from CHAVEZ (previously claiming to be R.Z.T.) were compared to the fingerprints obtained from the FBI that related to the arrest of CHAVEZ in Harnett County, North Carolina on May 1, 2011. Based on the comparison, a biometric match was concluded indicating that CHAVEZ is the same person who was claiming to be R.Z.T. in the October 12, 2017, and October 17, 2018, passport applications.

[remainder of page intentionally left blank]

8

*GD*

## CONCLUSION

21. Based on the information presented in this Affidavit, I, Robert Scott Kehoe, believe that there is ample probable cause to conclude that Jorge Alberto CHAVEZ-Moreno, is in fact guilty of a false statement in an application for a passport, in violation of Title 18 U.S.C. §1542, and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Robert S. Kehoe
Special Agent
Diplomatic Security Service

On this ___ day of August, 2019, Special Agent Robert S. Kehoe, appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit

JAMES E. GATES
United States Magistrate Judge

9

*GD*