UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-148-D (1)

FILED IN OPEN COURT
ON 9|18|19 STS
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA          )
                                  )
v.                                )          **I N D I C T M E N T**
                                  )
JORGE ALBERTO CHAVEZ-MORENO       )

The Grand Jury charges:

## COUNT ONE

On or about October 12, 2017, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for defendant's own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, in that in such application defendant stated he was R.Z.T., which statement he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

## COUNT TWO

On or about October 12, 2017, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did knowingly, and without lawful authority, transfer, possess and use the means of identification of another person during and in relation to the commission of a felony violation enumerated in

1

Title 18, United States Code, Section 1028A(c), that is, a false statement in an application for a passport in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT THREE

On or about October 12, 2017, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, did knowingly and with intent to deceive, falsely represent Social Security account number XXX-XX-0283 to have been assigned by the Commissioner of Social Security to him, when in fact, as the defendant then knew, such number is not the Social Security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR

On or about October 12, 2017, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did knowingly personate another when applying for a document required for entry into the United States, namely a United States Passport, that is, when applying for the United States Passport, defendant presented himself as R.Z.T.

All in violation of Title 18, United States Code, Sections 1546(a).

2

## COUNT FIVE

On or about October 17, 2018, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for defendant's own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, in that in such application defendant stated he was R.Z.T., which statement he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

## COUNT SIX

On or about October 17, 2018, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did knowingly, and without lawful authority, transfer, possess and use the means of identification of another person during and in relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, a false statement in an application for a passport in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT SEVEN

On or about October 17, 2018, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, did knowingly and with intent

3

to deceive, falsely represent Social Security account number XXX-XX-0283 to have been assigned by the Commissioner of Social Security to him, when in fact, as the defendant then knew, such number is not the Social Security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT EIGHT

On or about October 17, 2018, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did knowingly personate another when applying for a document required for entry into the United States, namely a United States Passport, that is, when applying for the United States Passport, defendant presented himself as R.Z.T.

All in violation of Title 18, United States Code, Sections 1546(a).

## COUNT NINE

On or about July 30, 2015, in the Eastern District of North Carolina, the defendant, JORGE ALBERTO CHAVEZ-MORENO, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote.

(remainder of page intentionally left blank)

4

All in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

DATE: 9/17/19

ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

5